**Order entered April 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00562-CR

**TODD ALLEN REICH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80306-2013**

## ORDER

Before the Court is the State's second motion for extension of time to file its brief. We

**GRANT** the motion. We **ORDER** the State's brief received April 8, 2015 filed as of the date of

this order.

/s/     CRAIG STODDART
         JUSTICE